Order issued October 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00995-CV

## IN RE J.C. PENNEY COMPANY, INC., ET AL., Relators

Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00735

# ORDER

Before Justices Moseley, FitzGerald, and Myers

The parties filed a joint motion to stay the issuance of an opinion and order in this mandamus proceeding. On August 24, 2012, the Court granted the motion and ordered the parties to file a joint status report in thirty days, which the parties have done. The Court **ORDERS** the parties to file another joint status report regarding this proceeding thirty days from the date of this order.

JIM MOSELEY
PRESIDING JUSTICE